# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CIVIL MINUTES: *MOTION HEARING*

Interstate Southern Packaging LLC vs. Korman et al　　　Date: May 11, 2021

Case No. 2:20-CV-207　　　Time 2:52 to 4:00

======================================================================

Honorable **CYNTHIA RICHARDSON WYRICK** U.S. Magistrate Judge, Presiding

| | |
|---|---|
| Jason C. Keeton | Shanhan K. McCarty (Hired by party) |
| Deputy Clerk | Court Reporter |

======================================================================

| | |
|---|---|
| Interstate Southern Packaging, LLC | Chad A. Shultz |
| V. | |
| Bruce Korman | Michael J. King |
| Dave Konieczny | W. Tyler Chastain |
| Packaging Services, LLC | Celese Huffman Herbert |
| Doug McKee | |
| Packaging Supplies, LLC | |

**PROCEEDINGS:** RE: **Supplemental Testimony**

☑ Opening statements by the Court

☐ Oral argument by Plaintiff

☐ Oral argument by Defendant

☑ Order to enter