# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

Interstate Southern Packaging LLC

V.

Korman et al

**EXHIBIT AND WITNESS LIST**

Case Number: 2:20-CV-207

| PRESIDING JUDGE<br>Hon. Cynthia Richardson Wyrick | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>Jason Keeton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 62 | | 5/11/2021 | x | x | Packaging Servies LLC Invoices |
| W | | | | | Russell Taylor |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages